784

No. 847. UNITED STATES EX REL. JACKSON *v.* BRADY, WARDEN. June 1, 1943.

No. 868. BRADY ET AL. *v.* BEAMS ET AL. June 1, 1943.

No. 877. REED ET AL. *v.* HOUSTON OIL Co. ET AL. June 1, 1943.

No. 25. McNABB ET AL. *v.* UNITED STATES. June 7, 1943. The motion for leave to file petition for rehearing is granted. The petition for rehearing is denied. As the case is for retrial in the district court, it will be open to all parties to adduce all evidence relevant to the admissibility of the confessions, whether adduced in the previous trial or not. MR. JUSTICE RUTLEDGE took no part in the consideration or disposition of this application. 318 U. S. 332.

No. 512. STANDARD OIL Co. (INDIANA) *v.* COMMISSIONER OF INTERNAL REVENUE. June 7, 1943. The motion for leave to file petition for rehearing is granted, and the petition for rehearing is denied. MR. JUSTICE ROBERTS and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 317 U. S. 688.

No. 517. AJELLO *v.* PAN AMERICAN AIRWAYS CORP. ET AL. June 7, 1943. The third petition for rehearing is denied.

No. 764. JONES *v.* BIDDLE, ATTORNEY GENERAL. June 7, 1943. On consideration of all the papers filed in this case the second petition for rehearing is denied.